IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**MICHAEL GROGAN**,<br>[DOB: 12-11-1982],<br><br>　　　　　Defendant. | No. 20-03018-01-CR-S-MDH<br><br>**COUNT 1**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 2**<br>18 U.S.C. § 924(c)(1)(A)<br>NLT 5 Years Imprisonment Mandatory<br>NMT Life Imprisonment<br>Consecutive Sentence to All Counts<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT 3**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Each Count |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**

On or about October 2, 2019, in Taney County, in the Western District of Missouri, the defendant, **MICHAEL GROGAN**, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about October 2, 2019, in Taney County, in the Western District of Missouri, the defendant, **MICHAEL GROGAN**, knowingly possessed a firearm, that is a Jimenez Arms brand, J.A. Nine model, 9mm semi-automatic pistol, bearing serial number 273874, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession, with intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, as alleged in Count 1. All in violation of Title 18, United States Code Section 924(c)(1)(A).

## COUNT 3

On or about October 2, 2019, in Taney County, in the Western District of Missouri, the defendant, **MICHAEL GROGAN**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Jimenez Arms brand, J.A. Nine model, 9mm semi-automatic pistol, bearing serial number 273874; and the firearm was in and affecting interstate commerce. All in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*/s/ Kevin Elliott*
**FOREPERSON OF THE GRAND JURY**

*/s/ Anthony Brown*
**ANTHONY M. BROWN**
Special Assistant United States Attorney
MO Bar #62504

Dated: February 18, 2020
Springfield, Missouri