IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 20-03018-01-CR-S-MDH |
| ) | |
| MICHAEL GROGAN, ) | |
| ) | |
| Defendant. ) | |

**UNCONTESTED MOTION FOR CONTINUANCE OF TRIAL SETTING**

Comes now Defendant, Michael Grogan, through counsel and hereby moves that this case be continued from its current trial setting on the July 12, 2021, Joint Criminal Docket, and reset to the November 1, 2021, Joint Criminal Docket. In support of this motion for continuance, the Defendant states as follows:

1. An Indictment was filed against Mr. Grogan on February 18, 2020. The Office of the Federal Public Defender was appointed to represent Mr. Grogan on February 24, 2020.

2. The government has extended an offer to resolve the above captioned case through a negotiated plea agreement and additional time is necessary to consider the offer.

3. This continuance is not sought for the purpose of undue delay, but is sought in truth and fact that the Defendant may be afforded due process of law under the Fifth Amendment to the United States Constitution and afforded effective assistance of counsel under the Sixth Amendment to the United States Constitution. In accordance with 18

1

U.S.C. §§ 3161(h)(7)(A) and (B)(I) and (IV), it is submitted that the above-stated reasons for a continuance outweigh the best interests of the public and the Defendant to a speedy trial which is required by 18 U.S.C. § 3161(c)(1). In short, the procedural components that currently exist in this case necessitate a continuance to avoid a miscarriage of justice and/or to ensure that Mr. Grogan has clear, meaningful, and effective access to counsel while preparing to resolve this case.

4. Under the provisions of 18 U.S.C. § 3161(h)(7)(A), the period of time until the next criminal trial docket should be excluded in computing the period of time in which the Defendant should be brought to trial under the provisions of the Speedy Trial Act.

5. Finally, counsel for the government, Anthony Brown, does not oppose this motion.

WHEREFORE, Defendant, Michael Grogan, hereby moves that this case be continued from its current trial setting on the July 12, 2021, Joint Criminal Docket, and be reset on the November 1, 2021, Joint Criminal Docket.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

June 11, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**
